IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

vs    **CR NO. 2:23-cr-00473-DCN**

**MARK ALLEN WILLIAMS**

# PLEA

The Defendant, **Mark Allen Williams**, acknowledges receipt of a copy of the information and after arraignment pleads guilty to the **Information** in open court.

_____
(Signed) Defendant

Charleston, South Carolina

July 12, 2023