IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:23-cr-00473-DCN |
| v. | ) |
| MARK ALLEN WILLIAMS | ) |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Mark Allen Williams, based upon the Defendant's conviction of conspiracy to smuggle goods into the United States and being a felon in possession of a firearm (in violation of Title 18, United States Code, Sections 371, 545, 922(g)(1). *See* 21 U.S.C. § 853.

The Government further requests that such order be entered by this court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: s/Carrie Fisher Sherard
Carrie Fisher Sherard (Fed+ I.D. #10134)
Assistant United States Attorney
United States Attorney's Office
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Telephone: (864) 282-2111

July 31, 2024